(Rev. 03/06/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re: Samuel M Brothers and Lora Brothers
Debtor(s)

Bankruptcy Case No.: 10-10518-NPO

Locke D. Barkley, Trustee for the Bankruptcy Estate of
Samuel M. Brothers and Lora Brothers
Plaintiff(s)

Adversary Proceeding No. 11-01006-NPO

vs.

Trustmark National Bank; BAC Home Loans Servicing,
L.P., Individually and as Servicer for The Bank of New
York Mellon Trust Co., N.A., as Trustee for
Certificateholders of CWMBS 2005-R1; and The Bank of
New York Mellon Trust Co., N.A., Individually and as
Trustee for Certificateholders of CWMBS 2005-R1
Defendant(s)

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

David J. Puddister, Clerk of Court
U.S. Bankruptcy Court
Northern District of Mississippi
Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

W. Jeffrey Collier
Post Office Box 55829
Jackson, MS 39296-5829

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



s/ David J. Puddister
Clerk of the Bankruptcy Court

(Seal of the U.S. Bankruptcy Court)
Date of Issuance: 1/11/11

## CERTIFICATION OF SERVICE

I, __Sandy Smith__, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made on __The Bank of New York Mellon Trust Company, N.A.__ by:

[X] Mail service: Regular, first class United States mail, postage fully pre-paid addressed to:
__700 South Flower Street, Suite 200__
__Los Angeles, CA 90017__
__Attention: Scott Poster, CEO__

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Publication: The defendant was served as follows: (Describe briefly)

[ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows: (Describe briefly)

Under penalty of perjury, I declare that the foregoing is true and correct.

__January 12, 2011__                          __Sandy Smith__
Date                                          Signature

| Print Name | Sandy Smith | | |
|---|---|---|---|
| Business Address | Office of Locke D. Barkley, Ch 13 Trustee Post Office Box 55829 | | |
| City | Jackson | State MS | Zip 39296-5829 |