IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 NO.: |
| SAMUEL M. BROTHERS and LORA BROTHERS | 10-10518-NPO |
| LOCKE D. BARKLEY, Chapter 13 Trustee | PLAINTIFF |
| VS. | A. P. NO. 11-01006-NPO |
| TRUSTMARK NATIONAL BANK; BAC HOME LOANS SERVICING, L.P., Individually and as Servicer for THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS TRUSTEE FOR CERTIFICATEHOLDERS OF CWMBS 2005-R1; THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., individually and as Trustee for CERTIFICATEHOLDERS OF CWMBS 2005-R1; and UNKNOWN DEFENDANTS 1 through 10. | DEFENDANTS |

CERTIFICATE OF SERVICE

I, W. Jeffrey Collier, Attorney for Plaintiff, do hereby certify that I have served the Amended Complaint to Determine Secured Status, Remove Cloud from Title, Sanctions, and for Other Relief (Dkt.#6) by United States Postal Service, first class, postage prepaid, to the following parties of interest:

T. Harris Collier, III, Secretary
Trustmark National Bank
248 East Capitol Street
Jackson, MS  39201

BAC Home Loans Servicing, LP
c/o CT Corporation Systems
350 North St. Paul Street, Suite 2900
Dallas, TX  75201-4234

Scott Poster, CEO
The Bank of New York
Mellon Trust Company, NA
700 South Flower Street, Suite 200
Los Angeles, CA  90017

Dated: January 18, 2011

                                                   /s/ W. Jeffrey Collier
                                                  W. JEFFREY COLLIER